04CV 12245 DPW

FILING FEE PAID

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| DAVID B. GAUDREAULT, ) | Case No. 03-13468-WCH |
| ) | |
| Debtor ) | |
| ) | |

## NOTICE OF APPEAL

Creditor, Sonya L. Salkin, the duly appointed Chapter 7 Trustee ("Salkin") of the substantively consolidated bankruptcy estates of Homeowners Funding Corporation of America et al. ("HFCA"), pending in the United States Bankruptcy Court for the Southern District of Florida, Case No. 97-27015-BKC-RBR, hereby appeals pursuant to 28 U.S.C. §158(a) from the Order and Memorandum of Decision on Sonja L. Salkin's Objection to Debtor's Claim of Exemption entered on the docket in this proceeding on September 8, 2004.

The counsel to the parties in interest to this order are as follows:

### For Creditor Sonya L. Salkin

M. Ellen Carpenter, Esq.
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800

### For Debtor Richard D. Gaudreault

Michael L. Pierce, Esq.
7 Lincoln Street, Ste. 210
Wakefield, MA 01880
(781) 246-3380

DOCKETED

SONYA L. SALKIN, Chapter 7 Trustee of the substantively consolidated bankruptcy estates of Homeowners Funding Corporation of America et al.

By her attorneys,

*M. Ellen Carpenter*
M. Ellen Carpenter BBO#554142
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800

Dated: September 20, 2004

## CERTIFICATE OF SERVICE

I, M. Ellen Carpenter, hereby certify that on this 20th day of September, 2004, I served a copy of the foregoing on the following, by first class mail, postage prepaid or as otherwise indicated.

                                            */s/ M. Ellen Carpenter*
                                            M. Ellen Carpenter

Michael L. Pierce, Esq.                            **BY FAX**
7 Lincoln Street, Ste. 210                       **781.245.3389**
Wakefield, MA 01880
(for Debtor)

Lynne F. Riley, Esq.                                **BY FAX**
Riley & Esher, LLC                                  **617.876.3155**
69 Thorndike Street
Cambridge, MA 02141
(Chapter 7 Trustee)