UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: __DAVID B. GAUDREAULT__

BANKRUPTCY APPEAL

CIVIL ACTION NO. __04-12245-DPW__

## O R D E R

__WOODLOCK, D. J.__

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on __October 25, 2004,__

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before __November 10, 2004__ and the Appellee's brief shall be filed on or before __November 25, 2004__. The Appellant may file and serve a reply brief on or before __December 6, 2004__.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

__October 26, 2004__
Date

_[signature]_
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                    [bro.]