UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONYA L. SALKIN, Chapter 7 Trustee of the substantively consolidated bankruptcy estates of Homeowners Funding Corporation of America et al.,<br><br>Appellant,<br><br>v.<br><br>DAVID B. GAUDREAULT,<br><br>Appellee. | Bankruptcy Appeal<br>Civil No. 04-12245-DPW |

**STIPULATION OF DISMISSAL**

Appellant, Sonya L. Salkin, the duly appointed Chapter 7 Trustee of the substantively consolidated bankruptcy estates of Homeowners Funding Corporation of America et al., pending in the United States Bankruptcy Court for the Southern District of Florida, Case No. 97-27015-BKC-RBR ("Salkin") and Appellee David B. Gaudreault ("Debtor"), by their undersigned counsel, hereby stipulate that this action be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Respectfully submitted,

SONYA L. SALKIN, Chapter 7 Trustee of the
substantively consolidated bankruptcy estates of
Homeowners Funding Corporation of America et al.

By her attorneys,

/s/ M. Ellen Carpenter
M. Ellen Carpenter BBO#554142
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800
mec@rc-law.com

DAVID B. GAUDREAULT

By his attorneys,

/s/ Michael L. Pierce
Michael L. Pierce, Esq. (#556142)
7 Lincoln Street, Suite 210
Wakefield, MA 01880
(781) 245-3235
bostonlegal@hotmail.com

Dated: March 18, 2005

<u>CERTIFICATE OF SERVICE</u>

     I, Brian L. Gallagher, hereby certify that on this 18th day of March, 2005, I served a copy of the foregoing on the following, by ECF, first class mail, postage prepaid or as otherwise indicated.

                                                <u>/s/ Brian L. Gallagher</u>
                                                 Brian L. Gallagher

| | |
|---|---|
| Michael L. Pierce, Esq.<br>7 Lincoln Street, Ste. 210<br>Wakefield, MA 01880<br>(for Debtor/Appellee) | **By Fax** *(781) 245-3389* |